IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RANDALL EUGENE BRUSO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:10-CV-00954 |
| ) | |
| THE COUNTY OF MONTGOMERY, ) | JUDGE NIXON/BRYANT |
| TENNESSEE; MONTGOMERY COUNTY ) | |
| SHERIFF'S DEPARTMENT; PAT VADEN, ) | JURY DEMAND |
| individually and in his official capacity; ) | |
| EDGAR PATTERSON, individually and in his ) | |
| official capacity; MIKE BOWERS, individually ) | |
| and in his official capacity; NORMAN LEWIS, ) | |
| SHERIFF, individually and in his official ) | |
| capacity as an Officer of Montgomery County; ) | |
| JOHN DOE, individually and in his official ) | |
| capacity as employed by the Montgomery ) | |
| County Sheriff's Department; PAUL HALE, ) | |
| individually; and ELIZABETH HALE, ) | |
| individually; ) | |
| ) | |
| Defendants. ) | |

## ORDER EXTENDING SCHEDULING DEADLINES

COME NOW the parties, and submit to the Court this proposed order granting the Motion to Extend Scheduling Deadlines filed by Defendants MONTGOMERY COUNTY, TENNESSEE, MONTGOMERY COUNTY SHERIFF'S DEPARTMENT, PAT VADEN, EDGAR PATTERSON, MIKE BOWERS and NORMAN LEWIS. The Plaintiff and other named Defendants in this matter consent to the extension of the scheduling deadlines and, therefore, approve this Agreed Order.

It is, therefore, ORDERED that the discovery deadline shall be extended to October 4, 2011. The dispositive motion deadline shall be November 15, 2011 and any response thereto shall be filed on or before 30 days after the filing of the motion. Any

reply shall be filed on or before 14 days after the filing of the response. Moreover, by agreement of the parties and in accordance with the facts set forth in the pending Motion to Extend Scheduling Deadlines, Defendants MONTGOMERY COUNTY, TENNESSEE, MONTGOMERY COUNTY SHERIFF'S DEPARTMENT, PAT VADEN, EDGAR PATTERSON, MIKE BOWERS and NORMAN LEWIS shall have until September 1, 2011, to respond to outstanding discovery propounded upon them by Plaintiffs, including all Rule 36 requests for admissions.

Enter the above this the 22nd day of July, 2011.

*s/ John S. Bryant*
U.S. Magistrate Judge John S. Bryant

APPROVED FOR ENTRY:

BAKER LAW GROUP, PLLC

By: Thomas J. Hendrickson, III
   Thomas J. Hendrickson III BPR No. 027839
   Counsel for Plaintiff
   306 42nd Avenue North
   Nashville, TN 37209
   (615)891-5655


BATSON NOLAN PLC

By: Mark Nolan
   Mark Nolan, BPR No. 015859
   Kathryn W. Olita, BPR No. 023075
   Counsel for Defendants Montgomery County,
   Bowers, Lewis, Patterson and Vaden
   121 South Third Street
   Clarksville, Tennessee 37041-1334
   (931) 647-1501

THE KENNEDY LAW FIRM

By: <u>John T. Maher</u>
    John T. Maher, BPR No. 19486
    Counsel for Elizabeth and Paul Hale
    127 South Third Street
    Clarksville, TN 37040
    (931) 645-9900