ORDER:
Motion is denied as moot.

*s/ John S. Bryant*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RANDALL EUGENE BRUSO, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. 3:10-CV-00954<br>) |
| THE COUNTY OF MONTGOMERY, TENNESSEE; MONTGOMERY COUNTY SHERIFF'S DEPARTMENT; PAT VADEN, individually and in his official capacity; EDGAR PATTERSON, individually and in his official capacity; MIKE BOWERS, individually and in his official capacity; NORMAN LEWIS, SHERIFF, individually and in his official capacity as an Officer of Montgomery County; JOHN DOE, individually and in his official capacity as employed by the Montgomery County Sheriff's Department; PAUL HALE, individually; and ELIZABETH HALE, individually; | ) JUDGE NIXON<br>)<br>) JURY DEMAND<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION FOR SCHEDULING CONFERENCE AND TO EXTEND SCHEDULING DEADLINES

Come now the parties, by and through counsel, and pursuant to Fed. R. Civ. P. 16 and L.R. 16.01(d)(3), request a telephonic scheduling conference to discuss modifying the current scheduling deadlines and trial date in this case.

At the outset of this case, the Plaintiff produced approximately ten (10) discs containing hours of recorded conversations with the defendants and other potential witnesses to this matter. On June 15, 2011, the governmental defendants received written discovery requests from Plaintiff which appear to address information gleaned from those covertly recorded conversations. Counsel for the governmental defendants has sent the