UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RANDALL EUGENE BRUSO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:10-0954 |
| ) | Judge Nixon/Bryant |
| THE COUNTY OF MONTGOMERY, ) | Jury Demand |
| TENNESSEE, et al., ) | |
| ) | |
| Defendants. ) | |

### O R D E R

Plaintiff Bruso has filed his motion to extend discovery deadlines (Docket Entry No. 32). From a reading of this motion, it appears that plaintiff also seeks an extension of the deadline to file and brief a dispositive motion. As grounds, plaintiff states that plaintiff's counsel, Mr. Hendrickson, has had a significant illness that required surgery on March 8, 2012, and that this surgery and recovery thereafter has prevented plaintiff from completing discovery in this case.

Local Rule 16.01(d)(2)(f) provides that no dispositive motion deadline, <u>including response and reply briefs</u>, shall be later than 90 days in advance of the trial date. The trial date in this case is currently August 14, 2012. Therefore, the extension of the dispositive motion deadline requested by plaintiff, if granted, would violate this local rule, and the undersigned Magistrate Judge lacks the authority to grant the relief sought.

For the above reasons, plaintiff's motion to extend discovery deadlines (Docket Entry No. 32) is **DENIED** without

prejudice to plaintiff's right to file a motion seeking a continuance of the trial date by the Senior District Judge.

It is so **ORDERED**.

s/ John S. Bryant  
JOHN S. BRYANT  
United States Magistrate Judge